UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:08-cr-34-T-23EAJ

LUIS URIBE
_____/

**FORFEITURE MONEY JUDGMENT**

The United States moves (Doc. 22) for entry of a forfeiture money judgment, **which, at sentencing, shall be a final judgment of forfeiture as to Luis Uribe**. The motion is **GRANTED**.

Luis Uribe is guilty of wire fraud affecting a financial institution in violation of 18 U.S.C. § 1343, and the United States has established that $184,641.47 represents proceeds received by the defendant as a result of this offense. Accordingly, pursuant to 18 U.S.C. § 982(a)(2) and Rule 32.2(b)(1), Federal Rules of Criminal Procedure, Luis Uribe is personally liable for a $184,641.47 forfeiture money judgment.

To satisfy this money judgment, the United States may seek forfeiture of any of the defendant's property (up to $184,641.47 in value) as substitute assets, pursuant to 21 U.S.C. § 853(p).

The court retains jurisdiction to entertain any third-party claim and to enter any order necessary for the forfeiture and disposition of any substitute asset.

ORDERED in Tampa, Florida, on April 29, 2008.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE